IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MURRAY ENERGY CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and REGINA A. McCARTHY, Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | Case No. 16-1127 |

## PETITION FOR JUDICIAL REVIEW

Pursuant to 5 U.S.C. § 706, 42 U.S.C. §7607(b)(1), Federal Rule of Appellate Procedure 15, and Circuit Rule 15, Murray Energy Corporation hereby petitions this Court for review of a final action taken by the United States Environmental Protection Agency on April 25, 2016, styled "Supplemental Finding that it is Appropriate and Necessary to Regulate Hazardous Air Pollutants from Coal- and Oil-Fired Electric Utility Steam Generating Units." 81 Fed. Reg. 24,420 (April 25, 2016).

- 2 -

        Respectfully submitted,

        */s/ Geoffrey K. Barnes*

        Geoffrey K. Barnes
        J. Van Carson
        Wendlene M. Lavey
        John D. Lazzaretti
        Robert D. Cheren
        SQUIRE PATTON BOGGS (US) LLP
        4900 Key Tower
        127 Public Square
        Cleveland, Ohio 44114
        (216) 479-8646
        geoffrey.barnes@squirepb.com

April 25, 2016

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MURRAY ENERGY CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and REGINA A. McCARTHY, Administrator, U.S. Environmental Protection Agency,<br><br>Respondents. | Case No. 16-1127 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioner Murray Energy Corporation makes the following corporate disclosure statement: Murray Energy Corporation has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Murray Energy Corporation is the largest privately-held coal company in the United States and the largest underground coal mine operator in the United States, with combined operations that currently produce and ship about eighty-seven (87) million tons of bituminous coal annually.

Respectfully submitted,

*/s/ Geoffrey K. Barnes*

Geoffrey K. Barnes
J. Van Carson
Wendlene M. Lavey
John D. Lazzaretti
Robert D. Cheren
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8646
geoffrey.barnes@squirepb.com

April 25, 2016

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing PETITION FOR JUDICIAL REVIEW and RULE 26.1 STATEMENT have been served by Petitioner, Murray Energy Corporation, by United States first-class mail upon each of the following:

**United States Environmental Protection Agency**
Correspondence Control Unit
Office of General Counsel (2344-A)
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

Regina A. McCarthy, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building, 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

**United States of America**
Loretta E. Lynch, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Geoffrey K. Barnes

April 25, 2016